# UNITED STATES DISTRICT COURT
Eastern District of Arkansas


FILED
EASTERN DISTRICT COURT
DISTRICT ARKANSAS
SEP 02 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| RICKY LYNN BLOOMFIELD | |

Case No. 4:97CR00099
USM No. 21032-009

Lisa Peters
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __General and Standard__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Unlawful possession and use of a controlled substance. | 08/15/2017 |
| Standard (7) | Failure to refrain from excessive use of alcohol and should not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any cont- | 08/15/2017 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7551

Defendant's Year of Birth: 1962

City and State of Defendant's Residence: _____

09/01/2017
Date of Imposition of Judgment

_/s/ Billy R. Wilson_
Signature of Judge

Billy Roy Wilson,   U.S. District Judge
Name and Title of Judge

9-2-2017
Date

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
                        Sheet 1A

DEFENDANT: RICKY LYNN BLOOMFIELD
CASE NUMBER: 4:97CR00099

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
|  | -trolled substance, except as prescribed by a physician. |  |
|  | Failure to participate in a substance abuse treatment program. | 05/30/2017 |
| Standard (2) | Failure to participate in a substance abuse treatment program. | 05/30/2017 |

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
                        Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: RICKY LYNN BLOOMFIELD
CASE NUMBER: 4:97CR00099

DEFENDANT: RICKY LYNN BLOOMFIELD
CASE NUMBER: 4:97CR00099

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

A year and a day with no Supervised Release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential substance abuse treatment during incarceration. The Court also recommends the defendant be designated to the institution located in Forrest City, AR.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL